UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE EDWARD SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>Defendant. | Case No. 2:26-cv-12304-SB-E<br><br>ORDER DISMISSING COMPLAINT |

Plaintiff Gene Edward Scott II seeks leave to proceed in forma pauperis in an action requesting appointment as "an Independent Magistrate Federal Judge." Plaintiff previously brought a similar action seeking a federal judgeship. Case No. 2:26-cv-12304-SB-E, Dkt. No. 6 (dismissing action). Undeterred, Plaintiff again seeks judicial office, this time invoking the Eighth and Fourteenth Amendments, the Employment Act, and the Civil Rights Act of 1964. None provides a right to a federal judgeship, which cannot be obtained through a civil lawsuit. *See* U.S. Const. art. II, § 2, cl. 2 (providing for presidential appointment with Senate confirmation of Article III judges); 28 U.S.C. § 631(a) (providing for appointment of magistrate judges by district courts). The Court must dismiss an in forma pauperis complaint that is frivolous or fails to state a claim. 28 U.S.C. § 1915(e)(2)(B)(i)–(ii); *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000). Because no amendment could transform Plaintiff's request for judicial office into a cognizable claim for relief, the Court dismisses the complaint with prejudice and without leave to amend.

Date: November 9, 2026

Stanley Blumenfeld, Jr.
United States District Judge